IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MATTHEW D. RUTLEDGE | * | |
| Plaintiff, | | |
| v. | * | CIVIL ACTION NO. PJM-06-2067 |
| | * | |
| CHASE BANK USA, N.A. | | |
| A successor in interest to Bank One | | |
| Delaware, N.A. | * | |
| Defendant. | | |
| | *** | |

## **O R D E R**

This fee-paid *pro se* Complaint was filed on August 9, 2006. On August 21, 2006, summons was issued and Plaintiff was placed on notice of his obligation to effect service on defendant within 120 days after the filing of the complaint and to notify this court of same. Paper Nos. 2 & 3.

On December 12, 2006, there being no record that Plaintiff had served summons and Complaint upon Defendant, plaintiff was given fourteen days to show good cause why his Complaint should not be dismissed for the failure to effect service. Paper No. 4. The requisite time has passed and Plaintiff has filed no response. Consequently, the complaint shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a. (D. Md. 2004).

Accordingly, it is this 28th day of December, 2006, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED WITHOUT PREJUDICE for the failure to effect service of process; and

2. The Clerk SHALL CLOSE this case.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE